Argued and submitted April 19, reversed and remanded for reconsideration in part; otherwise affirmed October 20, 1993

In the Matter of the Compensation of
Kenneth E. Rickard, Claimant.

Kenneth E. RICKARD,
*Petitioner,*

*v.*

CALISTA CORPORATION
and Cigna Insurance Company,
*Respondents.*

(WCB 91-06676; CA A76609)

861 P2d 405

Edward J. Harri argued the cause for petitioner. With him on the brief was Malagon, Moore, Johnson, Jensen & Correll.

Mildred J. Carmack argued the cause for respondents. With her on the brief was Schwabe, Williamson & Wyatt.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Reversed and remanded for reconsideration of claims for proposed medical treatment and aggravation; otherwise affirmed. *Jefferson v. Sam's Cafe*, 123 Or App 464, 861 P2d 359 (1993).